aside, which was brought on for argument at the chambers of the justice, it was ordered that the motion be denied. This order was entered on October 30, 1897, and on the 15th of November, 1897, the plaintiff served a notice of appeal from this order to the Appellate Division. On the 29th of December, 1897, a motion was made by the plaintiff, at a term held by the same justice, to resettle the order of October 1, 1897, by reciting therein the papers upon which the motion was heard. This was granted and the order directed to be changed by prefixing a caption, and inserting therein as the papers used, the summons, complaint, answer and order of May twentieth, and also showing that the motion to vacate the order of May twentieth was originally made at the same trial term at which the said order was granted. The order of December twenty-ninth was entered January 10, 1898, and on the same day the plaintiff served a notice of appeal to the Appellate Division from the order of October 1, 1897, as amended by the order of the 29th of December, 1897, and from the whole of said orders. The order of May 20, 1897, was not appealed from. It was made upon the application of the counsel for the plaintiff. The grounds upon which it was sought to set aside that order are not stated. It apparently was an application for a rehearing or review of the matters determined upon the granting of the order of May twentieth. Such an application is ordinarily addressed to the discretion of the judge. In *Place* v. *Hayward* (100 N. Y. 626) it is said: "Whether a court shall modify or change an order already made by it is a question addressed to its discretion, and over its exercise an appellate court has no control." Assuming, as claimed by the plaintiff, that the two appeals are in substance but one, and that one from the order of October first, as corrected or supplemented by the order of December twenty-ninth, no error is apparent in the action of the court in declining to vacate the order of May twentieth. The plaintiff is hardly in a position to find fault with the terms imposed. The court had a discretion in that respect, and no abuse of such discretion is shown. Whether or not the trial court was right in deciding, as recited in the order, that the complaint did not state facts sufficient to constitute a cause of action is not, we think, before us for determination. We do not decide that question. The orders should be affirmed, with ten dollars costs and disbursements on each appeal. All concurred.

George D. Alston, as Executor, etc., of Ebenezer West, Deceased, Appellant, v. Oristus G. Sheldon and Others, Respondents.— Judgment affirmed, with costs. No opinion. All concurred.

Orren E. Martin, Respondent, v. Michael B. Murphey, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

In the Matter of the Probate of the Will of Jane E. Lansing, Deceased. Florence B. Schwaman, Appellant; Edgar I. Truax and Bertha E. De Land, Respondents.— Decree affirmed, with costs. No opinion. All concurred, except Landon, J., not voting.

Thomas Mahoney, Respondent, v. James McCloud and Bingham H. Coryelle, Appellants.— Judgment and order affirmed, with costs. No opinion. All concurred, except Herrick, J., dissenting.

William H. Rieser, Respondent, v. Elnora Almy, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

Marcus S. Rosenfield and Others, Respondents,

v. Frank Salmon, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Justine Blakely, Respondent, v. Edgar D. Crowinshield and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Severyn B. Carle, Appellant, v. Andrew V. Haight, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Howard M. Durant, Respondent. v. Frederick C. Durant, Clara E. Durant and William S. Maddox, as Assignee, etc., of Frederick C. Durant, Appellants, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Joanna Fealy, Respondent, v. John Bull, Appellant.— The motion to amend the order entered in this court on the 10th day of January, 1898, s > that it will show that the decision of this court was not unanimous upon the question whether there is evidence supporting or tending to sustain the verdict in the action, is granted. So much of the motion as asks to amend the order entered in the action, April 22, 1897, is denied.

Charles S. Grant v. Adam B. Smith.— Motion to dismiss appeal granted.

Maurice E. Garrepy, Respondent, v. William Donovan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Joseph Kelly, Respondent, v. Connecticut Mutual Life Insurance Company, Appellant.— Motion denied.

In the Matter of the Application of William H. Baker, for the Removal of Jerome J. Bromley and Charles Jones from the Office of Assessors in the Town of Schuyler Falls, Clinton County.— Motion denied.

The Mutual Life Insurance Company of New York, Respondent, v. David C. Robinson and Others, Appellants.— Motion for reargument denied. The same order entered in all five cases.

The People of the State of New York ex rel. Babylon Railroad Company v. The Board of Railroad Commissioners.— Order asked for granted.

The People of the State of New York ex rel. The City of Amsterdam, Respondent, v. Henry E. Hess, Ansel Joslin and Augustus Flint, Assessors of the Town of Perth, Fulton County, Appellants.— Order reversed, with costs, and certiorari dismissed, with costs. No opinion. All concurred.

The People of the State of New York ex rel. The City of Gloversville, Respondent, v. John H. George, Philip Kring and Isaac T. Close, Assessors of the Town of Mayfield, Fulton County, Appellants. — Order reversed, with costs, and certiorari dismissed, with costs. No opinion. All concurred.

Olive A. Bacorn, Appellant, v. Frank Morrell, Respondent — Judgment of County Court affirmed, with costs. No opinion. All concurred, except Landon, J., dissenting.

The County of Rensselaer, Respondent, v. The National Bank of Troy, Appellant.— Order affirmed with ten dollars costs and disbursements. No opinion. All concurred.

Frank Fisher, Appellant, v. Levi Ogden, Respondent, Impleaded with Z. I. De Long.— Judgment affirmed, with costs. No opinion. All concurred.

Amelia S. Grimm, Respondent, v. Paul Grimm, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Harriet R. Heath, Appellant, v. Louisa A. Mead, Respondent, Impleaded with Clara E. Godfrey and Another.— Judgment affirmed, with costs. No opinion. All concurred.